IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ALEJANDREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>M. KIRCHER, et al.,<br><br>      Defendants.            / | No. C 11-02381 CW (PR)<br><br>ORDER DENYING AS PREMATURE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION<br><br>(Docket no. 16) |

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is DENIED as premature, as Defendants have not yet filed a dispositive motion.  Specifically, Defendants filed an answer to the complaint on December 12, 2011, and, according to the briefing schedule in the Order of Service, their dispositive motion is due no later than ninety (90) days from the date the answer was due. Once Defendants file their dispositive motion, Plaintiff will have sixty (60) days to file an opposition thereto.

    This Order terminates Docket no. 16.

    IT IS SO ORDERED.

Dated: 1/9/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE